IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

HAVERHILL RETIREMENT SYSTEM, Derivatively on Behalf of DaVita Healthcare Partners Inc.,

    Plaintiff,

v.

KENT THIRY,
PAMELA ARWAY,
PETER GRAUER,
JOHN NEHRA,
DR. WILLIAM ROPER,
ROGER VALINE,
PAUL DIAZ,
CHARLES BERG,
DR. ROBERT J. MARGOLIS, and
CAROL ANTHONY ("JOHN") DAVIDSON,

    Defendants,

-and-

DAVITA HEALTHCARE PARTNERS INC., a Delaware Corporation,

    Nominal Defendant.

_____

## ORDER
_____

THIS MATTER, having come before the Court on plaintiff's Unopposed Motion to Restrict Access to Verified Shareholder Derivative Complaint and Attached Exhibits A-OO ("Motion"), and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk shall maintain under seal the Verified Shareholder Derivative Complaint ("Complaint") subject to Level 1 restriction;

2

IT IS FURTHER ORDERED that the Clerk shall maintain under seal the confidential DaVita documents attached as Exhibits A-OO to the Complaint subject to Level 1 restriction.

SO ORDERED this ___ day of May, 2013.

BY THE COURT:

_____