# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

HAVERHILL RETIREMENT SYSTEM, Derivatively on Behalf of DaVita Healthcare Partners Inc.,

    Plaintiff,

v.

KENT THIRY,
PAMELA ARWAY,
PETER GRAUER,
JOHN NEHRA,
DR. WILLIAM ROPER,
ROGER VALINE,
PAUL DIAZ,
CHARLES BERG,
DR. ROBERT J. MARGOLIS, and
CAROL ANTHONY ("JOHN") DAVIDSON,

    Defendants,

-and-

DAVITA HEALTHCARE PARTNERS INC., a Delaware Corporation,

    Nominal Defendant.

---

## NOTICE OF CASE ASSOCIATION
---

Counsel hereby provide notice, in accordance with D.C.COLO.LCivR 7.5(C)(1), that the above-captioned case is reasonably related to *Clark v. Thiry, et al.*, Civil Action No. 1:12-cv-02074-WJM-CBS (D. Colo.) (Martinez, J.). Both cases are shareholder derivative actions alleging breach of fiduciary duty by many of the same defendants.

DATED:  May 17, 2013                         DYER & BERENS LLP
                                             JEFFREY A. BERENS
                                             DARBY K. KENNEDY


                                             /s/ JEFFREY A. BERENS
                                             JEFFREY A. BERENS

                                             303 East 17th Avenue, Suite 810
                                             Denver, CO  80203
                                             Tel:  (303) 861-1764
                                             Fax: (303) 395-0393
                                             jeff@dyerberens.com
                                             darby@dyerberens.com

                                             SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
                                             JUDITH S. SCOLNICK
                                             THOMAS L. LAUGHLIN IV
                                             The Chrysler Building
                                             405 Lexington Avenue, 40th Floor
                                             New York, NY 10174-4099
                                             Tel: (212) 223-6444
                                             Fax: (212) 223-6334
                                             jscolnick@scott-scott.com
                                             tlaughlin@scott-scott.com

                                             SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
                                             DAVID R. SCOTT
                                             156 South Main Street
                                             P.O. Box 192
                                             Colchester, CT 06415
                                             Tel: (860) 537-5537
                                             Fax: (860) 537-4432
                                             drscott@scott-scott.com

                                             SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
                                             JOHN T. JASNOCH
                                             707 Broadway, Suite 1000
                                             San Diego, CA 92101
                                             Tel: (619) 233-4565
                                             Fax: (619) 233-0508
                                             jjasnoch@scott-scott.com

                                             *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2013, I electronically filed the foregoing **NOTICE OF CASE ASSOCIATION** with the Clerk of Court using the CM/ECF system and served via regular first class mail:

Judson Earle Lobdell
MORRISON & FOERSTER, LLP
425 Market Street, Suite 3200
San Francisco, CA  94105-2482

*Counsel for Defendants and*
*Nominal Defendant*

          s/ Jeffrey A. Berens
          Jeffrey A. Berens
          Attorney for Plaintiff
          DYER & BERENS LLP
          303 East 17th Avenue, Suite 810
          Denver, CO  80203
          Telephone: (303) 861-1764
          FAX: (303) 395-0393
          Email: jeff@dyerberens.com