IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01308-WJM-MJW

HAVERHILL RETIREMENT SYSTEM, Derivatively on Behalf of DaVita Healthcare
Partners  Inc.,

Plaintiff(s),

v.

KENT THIRY,
PAMELA ARWAY,
PETER GRAUER,
JOHN NEHRA,
DR. WILLIAM ROPER,
ROGER VALINE,
PAUL DIAZ,
CHARLES BERG,
DR. ROBERT J. MARGOLIS, and
CAROL ANTHONY ("JOHN") DAVIDSON,

Defendant(s),

and

DAVITA HEALTHCARE PARTNERS INC., a Delaware Corporation,

        Nominal Defendant.

---

MINUTE ORDER

---

Entered by U.S. Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that the Unopposed Joint Motion to Vacate Order Setting
Scheduling/Planning Conference and Related Deadlines (Docket No. 33) is granted,
finding good cause shown.  The Scheduling Conference set on August 12, 2013, at 2:00
p.m., and all deadlines set in the Order Setting Scheduling/Planning Conference
(Docket No. 11) are VACATED.

Date: July 29, 2013